**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 24-44-KKC-MAS

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER FOR ISSUANCE OF ARREST WARRANT**

**MANUEL IGNACIO CORREA,**
**aka "THE ARGENTINIAN"** **DEFENDANT**

* * * * *

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **MANUEL CORREA, aka "THE ARGENTINIAN."**

On this 3rd day of May 2024.

Matthew A. Stinnett
UNITED STATES MAGISTRATE JUDGE

Copies: United States Marshal
United States Probation
G. Todd Bradbury, Assistant United States Attorney