**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:24-CR-44-KKC-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.**

**ORDER TO PARTIALLY UNSEAL INDICTMENT AND ARREST WARRANT AND PROVIDE CERTIFIED COPIES ONLY AS TO DEFENDANT MANUEL IGNACIO CORREA**

**MANUEL IGNACIO CORREA** **DEFENDANT**
**aka THE ARGENTINIAN**

* * * * *

Upon motion by the United States, and this Court being sufficiently advised, it is hereby ORDERED that the Indictment and arrest warrant in the above-captioned case, as to defendant MANUEL IGNACIO CORREA only, be partially unsealed. The United States shall be permitted to disclose the Indictment and arrest warrant to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of the defendant to the United States. For all other purposes, the Indictment and arrest warrant in this case shall remain sealed.

IT IS FURTHER ORDERED that the Clerk's Office for the United States District Court for the Eastern District of Kentucky provide five (5) certified copies of the sealed Indictment and five (5) certified copies of the arrest warrant as to defendant MANUEL IGNACIO CORREA only, to the United States Attorney's Office for the Eastern District

of Kentucky.

The United States' motion, the partially sealed Indictment, and this Order shall remain under seal pending further orders of this Court.

On this 22nd day of July, 2024.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies: G. Todd Bradbury, Assistant United States Attorney